```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID JACKSON, et al.          :    CIVIL ACTION
                               :
        v.                     :
                               :
ACCREDITED HOME LENDERS,       :
INC., et al.                   :    NO. 09-1549
```

ORDER

AND NOW, this 21st day of August, 2009, upon consideration of the motion to dismiss (Docket No. 13) filed by Chase Home Finance, LLC ("Chase"), and the plaintiffs' opposition thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that Chase's motion is GRANTED.  IT IS FURTHER ORDERED that Count I of the amended complaint is DISMISSED as to Chase, and that Count III of the amended complaint is DISMISSED without prejudice as to Chase. The plaintiffs may file an amended complaint within thirty days of this order for the purpose of amending that claim only.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```