IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID AND PAMELA JACKSON<br><br>Plaintiffs,<br><br>v.<br><br>REAL ESTATE MORTGAGE NETWORK, INC., *et al.*<br><br>Defendants. | Civil Action No.: 09-cv-1549-MAM |

## MOTION OF DEFENDANT REAL ESTATE MORTGAGE NETWORK, INC. TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Real Estate Mortgage Network, Inc. ("REMN") moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Count II (Credit Services Act), Count III (Unfair Trade Practices and Consumer Protection Law), and Count IV (Fraud/Fraudulent Misrepresentation) of the Second Amended Complaint against REMN, and in support of this Motion incorporates the accompanying Memorandum of Law with exhibits by reference.

                                  Respectfully submitted,

                                  /s/ Lance S. Forbes
                                  Lance S. Forbes, Esquire
                                  The Law Office of Lance S. Forbes, LLC
                                  112 Center Street
                                  Moorestown, New Jersey 08057
                                  (856) 793-7133
                                  *Attorney for Defendant Real Estate Mortgage Network, Inc.*

Dated: May 10, 2010